**SO ORDERED: February 12, 2024.**



_____
**Andrea K. McCord
United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
|     LISA MICHELLE FUCHS | ) CASE NO. 20-70130–AKM-13 |
| | ) |
|     DEBTOR(S) | ) |

### ORDER GRANTING
### TRUSTEE'S MOTION TO APPROVE SETTLEMENT DISTRIBUTION

**COMES NOW** the Court on Trustee's Motion to Approve Settlement Distribution filed January 8, 2024 (Doc. #36), and the Court having reviewed said pleading and being duly-advised in the premises, does now

**ORDER** that the Trustee disburse the settlement proceeds as follows:

| | |
|---|---|
| Brian Winebright, Attorney (fees) | $6,666.67 |
| Brian Winebright, Attorney (costs) | $601.37 |
| Prior counsel costs | $160.00 |
| Estate Portion | $7,535.98 |
| Debtor Portion | $7,535.98 |
| Total | $22,500.00 |

The Court further **ORDERS** that if any lien is reduced by negotiations or otherwise, then the excess is to be divided equally between the estate and the debtor, with the estate portion to be added to the debtor's base.

###