**SO ORDERED: February 12, 2024.**



_____
**Andrea K. McCord
United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
|     LISA MICHELLE FUCHS ) | CASE NO.20-70130–AKM-13 |
| ) | |
|     DEBTOR(S) ) | |

### ORDER GRANTING TRUSTEE'S APPLICATION FOR COMPENSATION

**COMES NOW** the Court on Application for Compensation of Special Counsel filed January 8, 2024 (Doc. #37) by Robert P. Musgrave, Trustee, and the Court having reviewed said application for compensation and being otherwise duly advised in the premises, does now

**ORDER** that compensation of estate attorney Brian Winebright is approved at $6,666.67 in fees and $601.37 in costs, for a total of $7,268.04.

###