SO ORDERED: February 12, 2024.



**Andrea K. McCord**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
|    LISA MICHELLE FUCHS ) | CASE NO. 20-70130–AKM-13 |
| ) | |
|    DEBTOR(S) ) | |

<u>**ORDER GRANTING TRUSTEE'S MOTION TO COMPROMISE AND SETTLE**</u>

**COMES NOW** the Court on Trustee's Motion to Compromise and Settle filed January 12, 2024 (Doc. #41), and the Court having reviewed said pleading and being duly-advised in the premises, does now

    **ORDER** that the pending personal injury claim that arose on or about April 14, 2019, be settled and compromised for the total amount of $22,500.00, and that the Trustee is authorized to execute, at his discretion, any document required to effect this settlement.

###